IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JOSE A. AVELAR | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO: |
| | ) | |
| | ) | |
| INDIANA GROCERY GROUP, LLC, a | ) | |
| Delaware Limited Liability Company d/b/a | ) | |
| STRACK & VAN TIL, as successor in | ) | |
| interest to STRACK & VAN TIL SUPER | ) | |
| MARKET, INC., an Indiana Corporation | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Comes Now the Plaintiff, JOSE A. AVELAR, and for his Complaint against Defendant,

INDIANA GROCERY GROUP, LLC, a Delaware Limited Liability Company d/b/a "STRACK

& VAN TIL", as successor in interest to STRACK & VAN TIL SUPER MARKET, INC., states

as follows:

## PARTIES

1.      Plaintiff is a citizen of the United States and a resident of the State of Indiana and

the Northern District of Indiana.

2.      Defendant INDIANA GROCERY GROUP, LLC, a Delaware Limited Liability

Company d/b/a "STRACK & VAN TIL", as successor in interest to STRACK & VAN TIL

SUPER MARKET, INC. (hereinafter "STRACK & VAN TIL" or "Defendant") and the former

employer of Plaintiff.  At all times relevant hereto, Defendant has continuously been and are now

1

doing business in the State of Indiana, County of Lake and have employed more than fifteen (15) employees at the time of the conduct at issue.

3.      At all times relevant hereto, Defendant STRACK & VAN TIL has maintained a business headquarters at 2244 45th Street, Highland, Indiana, 46322.   Defendant and its predecessor has continuously been and are now an employer engaged in industry affecting commerce as defined by Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 USC § 2000e.

## JURISDICTION AND VENUE

4.      The jurisdiction of this Court is based on 28 U.S.C. §§ 451, 1331, 1343, and 1367.

5.      This action is authorized and instituted pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 USC § 2000e, 42 USC § 1981, and relevant state law.

6.      Venue is appropriate and proper in the United States District Court for the Northern District of Indiana because Plaintiff's employment and most events which are the basis for Plaintiff's claims took place within the boundaries of this District.

7.      On or about November 16, 2017, Plaintiff timely filed a Charge of Discrimination with the Equal Employment Opportunity Commission (hereinafter "EEOC"), alleging discrimination.  A true and accurate copy of charge number 470-2018-00120 is attached hereto and incorporated herein as Exhibit "A".

8.      On or about December 20, 2017, Plaintiff received a "Notice of Suit Rights" for the charge filed.  A true and accurate copy of said Notice is attached hereto and incorporated herein as Exhibit "B".

9.      Plaintiff is filing this complaint within 90 days of the receipt of the "Notice of Suit Rights".

2

## FACTS RELEVANT TO ALL COUNTS

10.     Plaintiff was hired by Defendant in July 2005 and at all relevant times hereto was employed as a CDL Truck Driver.

11.     On or about September 9, 2017, Plaintiff was terminated by Defendant.

12.     That during Plaintiff's employment, Plaintiff was a member of the International Brotherhood Of Teamsters, Local 142.

13.     The manner and method by which Defendant terminated Plaintiff denied Plaintiff the terms and conditions of employment afforded to similarly situated employees and subjected Plaintiff to different terms and conditions afforded to Defendant's other employees.

14.     More specifically, Defendant retaliated and ultimately terminated Plaintiff because of his union activity and affiliation with the International Brotherhood Of Teamsters, Local 142.

## COUNT I

15.     The Plaintiff, JOSE A. AVELAR, by counsel, Scott A. Pyle hereby incorporates for purposes of Count I all allegations contained in rhetorical paragraphs 1 through 14, and repleads and reincorporates same as though fully set forth herein.

16.     That during the course and scope of Plaintiff's employment with the Defendant and in the termination of Plaintiff's employment, the Defendant, by its agents, servants, supervisors and/or co-employees, among others, acting within the course and scope of their employment, and in their individual capacities, demonstrated discrimination and retaliation against the Plaintiff which the Defendant condoned and ratified, took no action to stop, and performed willfully or wantonly against the Plaintiff, while Defendant was aware or should have

3

been aware of such misconduct by and through its agents, employees, servants and supervisors, all in violation of Title VII.

17.    That Plaintiff suffered and continues to suffer substantial losses and earnings, job experience, retirement benefits and other employment benefits that Plaintiff rightfully would have received absent the harassment and/or discrimination.  Plaintiff has suffered humiliation, mental pain and anguish, embarrassment to name, character and reputation, and has suffered decreased employability.

18.    That Plaintiff has incurred additional costs and expenses in prosecuting this civil action against the Defendant in protecting his Constitutional, Statutory and other rights, including attorney fees and costs of this action.

19.    That the actions of Defendant were willful, wanton, malicious, intentional and oppressive, and justify the awarding of compensatory and punitive damages in favor of the Plaintiff against the Defendant, as well as attorney fees, expert witness fees, and other costs associated in filing this action.

**WHEREFORE**, the Plaintiff, by counsel, requests relief of the Court consisting of all compensatory and punitive damages, equitable relief and costs, attorney fees, expert witness fees and all other just and proper relief in the premises.

## **COUNT II**

20.    The Plaintiff, JOSE A. AVELAR, by counsel, Scott A. Pyle hereby incorporates for purposes of Count II all allegations contained in rhetorical paragraphs 1 through 19, and repleads and reincorporates same as though fully set forth herein.

21.    That Defendant intentionally and/or recklessly inflicted severe and prolonged emotional distress upon the Plaintiff.

22. Defendant's conduct was so extreme and outrageous as to go beyond all possible bounds of decency and was atrocious and was utterly intolerable in a work setting.

23. That as a result of the outrageous and egregious actions of Defendant, Plaintiff has suffered and continues to suffer physical, emotional, personal, psychological, familial distress and the loss of future and past earning and employment benefits for which the Plaintiff should be compensated.

**WHEREFORE**, the Plaintiff, by counsel, requests relief of the Court consisting of all compensatory and punitive damages, equitable relief and costs, attorney fees, expert witness fees, and all other just and proper relief in the premises.

## COUNT III

24. The Plaintiff, JOSE A. AVELAR, by counsel, Scott A. Pyle hereby incorporates for purposes of Count III all allegations contained in rhetorical paragraphs 1 through 23, and repleads and reincorporates same as though fully set forth herein.

25. That Defendant's conduct was negligent in its actions toward Plaintiff and breached its duty of care owed to Plaintiff.

26. That as a result of the actions of Defendant, Plaintiff has suffered and continues to suffer physical, emotional, personal, psychological, familial distress and the loss of future and past earning and employment benefits for which the Plaintiff should be compensated.

**WHEREFORE**, the Plaintiff, by counsel, requests relief of the Court consisting of all compensatory and punitive damages, equitable relief and costs, attorney fees, expert witness fees, and all other just and proper relief in the premises.

Respectfully submitted,


 /s/ *Scott A. Pyle*
SCOTT A. PYLE (Atty. #25060-89)
Rubino, Ruman, Crosmer, & Polen LLC
275 Joliet Street, Suite 330
Dyer, Indiana 46311
219/322-8222
Attorneys for Plaintiff

Plaintiff, through counsel, demands trial by jury.

 /s/ *Scott A. Pyle*
SCOTT A. PYLE (Atty. #25060-89)
Rubino, Ruman, Crosmer, & Polen LLC
275 Joliet Street, Suite 330
Dyer, Indiana 46311
219/322-8222
Attorneys for Plaintiff
